RUBEN SANTIAGO *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court (AC 20855) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the appeal for lack of subject matter jurisdiction based on the failure to seek certification to appeal pursuant to General Statutes § 54-95 (a)?"

The Supreme Court docket number is SC 16577.

*Michael G. Considine* and *C. Simon Davidson*, in support of the petition.

*Michael E. O'Hare*, assistant state's attorney, in opposition.

Decided September 13, 2001

MICHAEL W. LYONS *v.* CHARLES W. NICHOLS, JR.

The defendant's petition for certification for appeal from the Appellate Court, 63 Conn. App. 761 (AC 19740), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Ridgely W. Brown*, in support of the petition.

Decided September 20, 2001